# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE AMERIQUEST MORTGAGE CO. | ) | |
| MORTGAGE LENDING PRACTICES | ) | |
| LITIGATION | ) | MDL No. 1715 |
| | ) | |
| _____ ) | | Lead Case No. 05-cv-07097 |
| | ) | |
| | ) | Centralized before Judge |
| | ) | Marvin E. Aspen |
| | ) | |

| | | |
|---|---|---|
| ANTONY BRICKER and | ) | |
| MICHELLE BRICKER, | ) | |
| | ) | 06 C 4528 |
| Plaintiffs, | ) | |
| | ) | Judge Manning |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | (Transferred to Judge Aspen for |
| DEUTSCHE BANK NATIONAL TRUST | ) | pretrial proceedings under MDL |
| COMPANY, N.A., as Trustee of AMERIQUEST | ) | #1715) |
| MORTGAGE SECURITIES, INC., Asset Backed | ) | |
| Pass Through Certificates Series 2004-R9, Under | ) | |
| the Pooling and Servicing Agreement Dated as of | ) | |
| February 1, 2006, AMC MORTGAGE SERVICES, | ) | |
| INC., and DOES 1-5, | ) | |
| | ) | **JURY DEMANDED** |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL J. ASCHENBRENER

Plaintiffs hereby move to withdraw the appearance of Michael J. Aschenbrener as counsel for plaintiffs.

In support of this motion, plaintiff states:

1.    Michael J. Aschenbrener no longer works for the law firm of Edelman, Combs, Latturner & Goodwin, LLC, the firm representing plaintiffs in this matter.

2.    Responsibility for this case will be transferred to another attorney within

the firm of Edelman, Combs, Latturner & Goodwin, LLC.   Daniel A. Edelman, Cathleen M.

Combs, and James O. Latturner will remain as counsel for plaintiffs.

WHEREFORE, plaintiffs respectfully request that the Court enter an order

permitting the withdrawal of the appearance of Michael J. Aschenbrener as counsel for plaintiffs

in this matter.

Respectfully submitted,


s/Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on October 27, 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Jonathan N. Ledsky
jledsky@vbhlc.com

Craig Allen Varga
cvarga@vbhlc.com

Bernard LeSage
blesage@buchalter.com

s/Cathleen M. Combs
Cathleen M. Combs